| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| SMILEY WANG-EKVALL, LLP<br>Lei Lei Wang Ekvall, State Bar No. 163047<br>lekvall@swelawfirm.com<br>Michael L. Simon, State Bar No. 300822<br>msimon@swelawfirm.com<br>3200 Park Center Drive, Suite 250<br>Costa Mesa, California 92626<br>Telephone: 714 445-1000<br>Facsimile: 714 445-1002<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Heide Kurtz, Chapter 11 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br>ANDREW MARK PITSICALIS,<br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 1:19-bk-10062-VK<br>CHAPTER: 11<br><br>Jointly administered with Case No. 1:19-bk-10052-VK<br><br>**TRUSTEE'S**<br>~~DEBTOR'S~~ **MOTION TO CONVERT CASE**<br>**UNDER 11 U.S.C. §§ 706(a) OR 1112(a)** |
|---|---|

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

1. ~~Debtor~~ Trustee hereby moves this court for an Order converting the above chapter <u>11</u> case to a case under chapter <u>7</u> on the grounds set forth below:

2. **Filing Information:**

   a. ☒ A Voluntary Petition under chapter    ☐ 7  ☒ 11  ☐ 12  ☐ 13    was filed on: <u>01/11/2019</u>

   b. ☐ An Involuntary Petition under chapter    ☐ 7  ☐ 11    was filed on: _____
      ☐ An Order of Relief under chapter    ☐ 7  ☐ 11    was entered on: _____

   c. ☐ An Order of Conversion to chapter    ☐ 7  ☐ 11  ☐ 12  ☐ 13    was entered on: _____

   d. ☐ Other *(specify)*: _____

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                Page 1                    **F 1017-1.1.MOTION.DEBTOR.CONVERT**

3. **Procedural Status**

    a. Name of trustee appointed *(if any)*: Heide Kurtz

    b. Name of attorney of record for trustee *(if any)*: _____

    Trustee
4. ~~Debtor~~ alleges that this case has not been previously converted.

    Trustee
5. ~~Debtor~~ alleges that the motion is filed in good faith, and that Debtor is eligible for relief under the chapter for which conversion is requested.

    Trustee
WHEREFORE, ~~Debtor~~ prays that this court issue an Order (the form of which is submitted herewith and has been served) converting this case from one under chapter 11 to a case under chapter 7.

Date: 04/22/2019                                     Respectfully submitted,

Printed name of law firm

*[signature]*, Trustee
Signature

HEIDE KURTZ, Chapter 11 Trustee
Printed name of Debtor/trustee

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012        Page 2        F 1017-1.1.MOTION.DEBTOR.CONVERT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3200 Park Center Drive, Suite 250, Costa Mesa, CA 92626.

A true and correct copy of the foregoing document entitled (*specify*): **TRUSTEE'S MOTION TO CONVERT CASE UNDER 11 U.S.C. SECTIONS 706(a) or 1112(a)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below: will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 23, 2019 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Russell Clementson    russell.clementson@usdoj.gov
- Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- David B Golubchik    dbg@lnbyb.com, dbg@ecf.inforuptcy.com
- Heide Kurtz (TR)    trustee@hkurtzco.com, C169@ecfcbis.com
- Jeffrey S Kwong    jsk@lnbyb.com, jsk@ecf.inforuptcy.com
- Valerie Smith    claims@recoverycorp.com
- Jason D Strabo    jstrabo@mwe.com, ahoneycutt@mwe.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) April 23, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Victoria S. Kaufman
U.S. Bankruptcy Court
21041 Burbank Blvd., Suite 354
Woodland Hills, CA 91367

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 23, 2019 | Gabriela Gomez-Cruz | /s/ Gabriela Gomez-Cruz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                    **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| FIREFLY BRAND MANAGEMENT LLC<br>CYNTHIA MODDERS, OWNER/CEO<br>8315 MORRO RD. #101<br>ATASCADERO, CA 93422-3949 | ADVANTA BANK CORPORATION<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE, SC 29603-0368 | ANDREW MARC PITSICALIS<br>410 UPPER LAKE ROAD<br>LAKE SHERWOOD, CA 91361-5141 |
| FIREFLY BRAND MANAGMENT LLC<br>C/O CYNTHIA MODDERS<br>PO BOX 6045<br>ARNOLD, CA 95223-1164 | FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES<br>POB 2952<br>SACRAMENTO, CA 95812-2952 | CAVALRY SPV I, LLC<br>500 SUMMIT LAKE DRIVE, STE 400<br>VALHALLA, NY 10595-2321 |
| CHRISTINE FLAHERTY<br>4610 BELSHIRE DRIVE<br>LAS VEGAS, NV 89147-5173 | FREEZE, A DIVISION OF CENTRAL MILLS<br>CHARLIE TEBELE, PRESIDENT<br>1400 BROADWAY, SUITE 1605<br>NEW YORK, NY 10018-5200 | EMPLOYMENT DEVELOPMENT DEPT.<br>BANKRUPTCY GROUP MIC 92E<br>P. O. BOX 826880<br>SACRAMENTO, CA 94280-0001 |
| EXPERIENCE HENDRIX<br>MCDERMOTT WILL & EMERY LLP<br>2049 CENTURY PARK EAST, 38TH FLOOR<br>LOS ANGELES, CA 90067-3101 | EXPERIENCE HENDRIX, LLC<br>C/O SHUKAT ARROW HAFER, ET A1.<br>494 EIGHTH AVENUE, SUITE 600<br>NEW YORK, NY 10001-2519 | GRASSROOTS CLOTHING, LLC<br>RYAN CONNOLLY, CEO<br>6900 E 47TH AVE., DR., SUITE 100<br>DENVER, CO 80216-3449 |
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS: A-340<br>P. O. BOX 2952<br>SACRAMENTO, CA 95812-2952 | GREEN CURES & BOTANICAL DISTRIBUTIO<br>RICH THOMAS, CFO<br>11222 S LA CIENEGA BLVD<br>INGLEWOOD, CA 90304-1109 |
| INTERNAL REVENUE SERVICE<br>300 N. LOS ANGELES ST. STOP 5022<br>LOS ANGELES, CA 90012-3478 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JASON BLONSKY<br>2305 TEDESCA DRIVE<br>HENDERSON, NV 89052-6536 |
| KEVIN SINGER, RECEIVER<br>RECEIVERSHIP SPECIALISTS<br>1 1 150 OLYMPIC BOULEVARD, STE 810<br>LOS ANGELES, CA 90064 | LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR<br>ATTN BANKRUPTCY UNIT<br>PO BOX 54110<br>LOS ANGELES CA 90054-0110 | MIKE MCLAIN<br>24307 MAGIC MOUNTAIN PKWY<br>SUITE 405<br>VALENCIA, CA 91355-3402 |
| KURT S. ADLER, INC.<br>CLIFF ADLER, PRESIDENT<br>122 EAST 42ND ST.<br>NEW YORK, NY 10168-0200 | OFFICE OF FINANCE CITY OF LOS ANGELES<br>200 N SPRING ST RM 101 CITY HALL<br>LOS ANGELES CA 90012-3224 | LECLAIR RYAN, LLP<br>CHRISTIANE CARGILL KINNEY, ESQ.<br>725 S FIGUEROA ST., SUITE 350<br>LOS ANGELES, CA 90017-5674 |
| SECURITIES & EXCHANGE COMMISSION<br>444 SOUTH FLOWER ST., SUITE 900<br>LOS ANGELES, CA 90071-2934 | US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | MELISSA LEMCKE<br>20720 VENTURA BLVD.<br>STE 200<br>WOODLAND HILLS, CA 91364-0887 |

| | | |
|---|---|---|
| MELISSA LEMCKE<br>410 UPPER LAKE ROAD<br>LAKE SHERWOOD, CA 91361-5141 | WILLINM PITSICALIS<br>6250 TELEGRAPH, APT 604<br>VENTURA, CA 93003-4336 | PURPLE HAZE PROPERTIES, LLC<br>20720 VENTURA BLVD., SUITE 200<br>WOODLAND HILLS, CA 91364-0887 |
| ROCKIN ARTWORK LLC<br>20720 VENTURA BLVD STE 200<br>WOODLAND HILLS, CA 91364-0887 | SHUKAT ARROW HAFER WEBER &<br>HERBSMAN<br>DOROTHY M. WEBER, ESQ.<br>494 EIGHTH AVENUE, SUITE 600<br>NEW YORK, NY 10001-2519 | |