| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **SMILEY WANG-EKVALL, LLP**<br>Lei Lei Wang Ekvall, State Bar No. 163047<br>lekvall@swelawfirm.com<br>Michael L. Simon, State Bar No. 300822<br>msimon@swelawfirm.com<br>3200 Park Center Drive, Suite 250<br>Costa Mesa, California 92626<br>Telephone:       714 445-1000<br>Facsimile:        714 445-1002<br><br>☐ *Debtor(s) appearing without attorney*<br>☐ *Attorney for*: | **FILED & ENTERED**<br><br>**APR 24 2019**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY Pgarcia    DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>ANDREW MARC PITSICALIS,<br><br><br><br><br><br>Debtor(s). | CASE NO.:  1:19-bk-10062-VK<br>CHAPTER:  11<br><br>**ORDER ON TRUSTEE'S MOTION TO CONVERT CASE UNDER**<br>**11 U.S.C. §§ 706(a) or 1112(a)**<br><br>[No Hearing Required] |
|---|---|

Pursuant to LBR 1017-1, Trustee moved to convert this chapter 11 case to a case under chapter 7.

FINDING that this case was not previously converted from another chapter and Debtor is entitled to relief under the chapter to which conversion is sought, the court orders as follows:

1. ☐  Motion granted.  This case is converted to chapter ___ pursuant to 11 U.S.C. § 706(a).  If this case is being converted to chapter 13, Debtor must file a Chapter 13 Plan no later than 14 days after the date of the entry of this order.

2. ☒  Motion granted.  This case is converted to chapter 7 pursuant to 11 U.S.C. § 1112(a).

    a. Within 14 days of the date of this order, the debtor in possession or chapter 11 trustee, if the Debtor is not a debtor in possession, must file a schedule of unpaid debts incurred after commencement of the chapter 11 case.

    b. Within 30 days of the date of this order, the debtor in possession or chapter 11 trustee, if the Debtor is not a debtor in possession, must file and transmit to the United States trustee a final report and account.

    c. The Debtor or chapter 11 trustee, if the Debtor is not a debtor in possession, must immediately turn over to the chapter 7 trustee all records and property of the estate remaining in its custody and control.

2788143.1   This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                                               Page 1                                F 1017-1.1.ORDER.DEBTOR.CONVERT

    d. Within 14 days of the date of this order, the Debtor must file the statements and schedules required by FRBP 1019(1)(A) and 1007, if such documents have not already been filed.

    e. If the Debtor is an individual, within 30 days of the date of this order or before the first date set for the meeting of creditors, whichever is earlier, Debtor must file a statement of intention with respect to retention or surrender of property securing consumer debts.

    f. Within 30 days of the date of this order, the Debtor must, if the case is converted AFTER confirmation of a plan, file:

        (1) A schedule of all property not listed in the final report and account which was acquired after commencement of the chapter 11 case but before entry of this order.

        (2) A schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the chapter 11 case but before entry of this order, and

        (3) A schedule of unpaid debts not listed in the final report and account which were incurred after the commencement of the chapter 11 case but before entry of this order.

3. ☐ Motion denied without prejudice on the following grounds *(specify)*:    ☐ See attached page

4. ☐ Motion denied with prejudice on the following grounds:

    a. ☐ Case previously converted under 11 U.S.C. §    ☐ 1112    ☐ 1208    ☐ 1307

    b. ☐ Debtor is not an eligible debtor under the chapter to which conversion is sought

    c. ☐ Debtor is not acting or has not acted in good faith and, therefore, is not eligible to be a debtor under chapters 11, 12 or 13

    d. ☐ Debtor is not a debtor in possession as required under 11 U.S.C. § 1112

    e. ☐ Case was originally commenced as an involuntary chapter 11 case and is not eligible for automatic conversion under 11 U.S.C. § 1112

5 ☐ This matter is set for hearing as follows:    *Date*:    *Time*:    *Courtroom*:
Address of courtroom:

6. ☐ Notice is required as follows (*specify*): _____    ☐ See attached page

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2788143.1  This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    F 1017-1.1.ORDER.DEBTOR.CONVERT

7.  ☒  Court further orders as follows (*specify*): <u>to the extent that the chapter 11 trustee is appointed as chapter 7 trustee, her employed professionals do not need to reapply for employment.</u>    ☐ See attached page

###

Date: April 24, 2019

Victoria S. Kaufman
United States Bankruptcy Judge

2788143.1  This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 3    **F 1017-1.1.ORDER.DEBTOR.CONVERT**